# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY V. LeMASTERS, | : | |
| Plaintiff, | : | Case No. 3:07cv00224 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Joint Motion To Award Attorney Fees Under The Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. (Doc. #20). The parties have agreed to a $3,300.00 award of attorney fees and expenses to Plaintiff payable directly to Plaintiff's counsel. *Id.* For good cause shown, the parties' Joint Motion is well taken.

Accordingly, the Court hereby **ORDERS** that:

1. The parties' Joint Motion To Award Attorney Fees Under The Equal Access to Justice Act (Doc. #20) is GRANTED;

2. Pursuant to the EAJA, the Commissioner shall pay Plaintiff Larry V. LeMaster's attorney fees and expenses directly to Plaintiff's counsel in the amount of $3,300.00; and

3. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge